**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 668-2400
FACSIMILE (714) 668-2490

Donald E. Bradley (State Bar No. 145037)
 d.bradley@mpglaw.com

Attorneys for Defendant TRANS UNION LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GUGGER,<br><br>    Plaintiff,<br><br>  vs.<br><br>USAA FEDERAL SAVINGS BANK and TRANS UNION LLC,<br><br>    Defendants. | Case No. '17CV1518 AJB AGS<br><br>**DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL**<br><br>[Removed from Superior Court of the State of California, for the County of San Diego, Case No. 37-2017-00022604-CL-MC-CTL]<br><br>Summons and Complaint Served: June 29, 2017 |

Trans Union LLC ("Trans Union") hereby files this Notice of Removal pursuant to 28 U.S.C. §1446(d) and in support thereof would respectfully show the Court as follows:

## I.

## **PROCEDURAL BACKGROUND**

1. On June 22, 2017, Plaintiff Paul Gugger ("Plaintiff") filed the Complaint in this action in the Superior Court of California, San Diego County, Case No. 37-2017-00022604-CL-MC-CTL, ("State Court Action") against

Defendants alleging damages, injunctive and declaratory relief for alleged violations of the Fair Credit Reporting Act ("FCRA") 15 U.S.C. § 1681 *et seq.*, and California Consumer Credit Reporting Agencies Act ("CACCRA"), Cal. Civ. Code § 1785.25, *et seq*. A complete and accurate copy of the Summons in the State Court Action is attached hereto as **Exhibit A.**

2. A complete and accurate copy of the Complaint in the State Court Action is attached hereto as **Exhibit B**.

3. A complete and accurate copy of the Superior Court's Docket and all pleadings filed to date in the Superior Court Action are attached hereto as **Exhibit C**.

4. Counsel for Trans Union has been in contact with counsel for Defendant USAA Federal Savings Bank, who indicated that Defendant USAA Federal Savings Bank has not been served but will consent to removal in this action.

5. The time period for filing a responsive pleading in the Superior Court Action has not expired as of the filing of this Notice of Removal.

6. Trans Union was served with Plaintiff's Summons and Complaint on June 29, 2017.

7. This Notice of Removal is being filed within the 30-day time period required by 28 U.S.C. §1446(b).

## II.
## GROUNDS FOR REMOVAL

8. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331 and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1441(b), as it is a civil action founded on a claim or right arising under the laws of the United States. Removal is thus proper because Plaintiff's claims present a federal question. 28 U.S.C. §§1331, 1441(b); *Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.*, 545 U.S. 308, 312 (2005); *Broder v. Cablevision Sys. Corp.*, 418 F.3d 187, 194 (2d Cir. 2005);

*Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996). In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of the FCRA and FDCPA. Moreover, any future claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. §1367.

## III.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

9. Pursuant to 28 U.S.C. §1446(b), this Notice is being filed with this Court within thirty (30) days after Trans Union was served with a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

10. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending.

11. Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Orange, as required by 28 U.S.C. §1446(d).

12. Other than those attached hereto and referenced in Exhibit C, no other proceedings, process, pleadings, orders or other papers have been filed or served in the Superior Court Action. Trial has not commenced in Superior Court of California, San Diego County, Case No. 37-2017-00022604-CL-MC-CTL.

13. By filling this Notice of Removal, Trans Union consents to the removal of this case.

1  WHEREFORE, Trans Union respectfully prays that the action be removed to
2  this Court and that this Court assume full jurisdiction as if it had been originally
3  filed here.

5  DATED: July 26, 2017          MUSICK, PEELER & GARRETT LLP

By: ___/s/ Donald E. Bradley___
    Donald E. Bradley
    Attorneys for Defendant TRANS UNION LLC