# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GUGGER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>USAA FEDERAL SAVINGS BANK and TRANS UNION LLC,<br><br>　　　　Defendants. | Case No.: 3:17-cv-01518-AJB-AGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS TRANS UNION LLC ONLY WITH PREJUDICE**<br><br>(Doc. No. 23) |

The Court having considered Stipulation of Dismissal with prejudice as to Trans Union LLC only, IT IS ORDERED that Plaintiff's Dismissal is granted. This action is dismissed with prejudice as to Trans Union LLC only, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 2, 2017

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　United States District Judge