

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

Paul Gugger

                 **Plaintiff,**

      **V.**

USAA Federal Savings Bank et al

                **Defendant.**

FILED
3/1/2018
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:      A. Corsello , Deputy

**Civil No.**  17-cv-1518-AJB-AGS

## STRICKEN DOCUMENT:
Notice of Errata

**Per Order #   38**

37